IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CR-131-RAH-1 |
| | ) | |
| DAMION GREEN | ) | |

## **ORDER**

On September 15, 2023, in *Green v. United States*, Case No. 1:20cv-408-RAH, this Court ordered that the 28 U.S.C. § 2255 motion filed by Damion Green should be granted to the extent he seeks to file an appeal based on his meritorious claim that his counsel rendered ineffective assistance by failing to file a direct appeal when asked to do so. The Court ordered that, for the purpose of allowing Green to pursue an appeal, a new judgment will be reentered in this criminal case.

Accordingly, it is ORDERED that the Judgment (Doc. 321) entered against Green in this case is VACATED.

This Court will enter an amended judgment which reimposes the same sentence, identical in all respects to the original judgment, save only for the date of imposition and entry, which shall reflect today's date.

Green is advised that he must file any notice of appeal from the re-entered judgment within the 14-day period provided under Rule 4(b)(1)(A)(i) of the Federal Rules of Appellate Procedure and that he has the right to appeal from the reentered judgment in the criminal case.

DONE, on this the 15th day of September 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE